UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERSEVERANZA DI NAVIGAZIONE SPA,<br><br>                   Plaintiff/Petitioner,<br><br>- against -<br><br>NORTH CHINA SHIPPING LTD (as defendant-garnishee), NORTH CHINA SHIPPING HOLDINGS COMPANY LIMITED, HEBEI OCEAN SHIPPING COMPANY LIMITED and MAYFAIR HONG KONG LIMITED (as defendant-garnishee)<br><br>                   Defendants/Respondents. | Civil Action No. 13-Civ. 8396 (RJS) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Whereas no answer or motion for summary judgment has been served in this matter, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Perseveranza di Navigazione SpA ("Plaintiff" or "Perseveranza") hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants North China Shipping Ltd, North China Shipping Holdings Company Limited, Hebei Ocean Shipping Company Limited and Mayfair Hong Kong Limited.

Dated: December 4, 2013

By: _____
James H. Power, Esq.
Marie E. Larsen, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Telefax: 212-385-9010
Email: james.power@hklaw.com
          marie.larsen@hklaw.com